AUGUST GROLLIMUND, PLAINTIFF IN ERROR, v. THE ROCHESTER GERMAN INSURANCE COMPANY, DEFENDANT IN ERROR.

Argued December 4, 1911—Decided June 20, 1912.

On error to the Supreme Court.

For the plaintiff in error, *Gustav A. Hunziker.*

For the defendant in error, *Edward A. & William T. Day.*

PER CURIAM.

The decision of this case is controlled by the rule laid down in Grollimund *v.* Germania Fire Insurance Co., argued herewith, and reported *ante p.* 618.

The judgment of the court below will be reversed and a *venire de novo* awarded.

*For affirmance*—None.

*For reversal*—THE CHIEF JUSTICE, GARRISON, SWAYZE, TRENCHARD, PARKER, BERGEN, VOORHEES, KALISCH, BOGERT, VREDENBURGH, CONGDON, WHITE, JJ.   12.